IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-265 |
| | ) | |
| ALBERT CUMMINGS | ) | |

## UNITED STATES POSITION WITH RESPECT TO SENTENCING FACTORS

The United States has received and reviewed the well-drafted Presentence Report ("PSR") and has conferred with the author of the PSR and defense counsel in a good-faith effort to resolve any disputed matters. The United States has no objections to the PSR.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

s/ Craig W. Haller
CRAIG W. HALLER
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500 (Phone)
craig.haller@usdoj.gov
PA ID No. 87714